AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE
COURT E.D.N.Y.

JUL 26 2018 ★

for the

Eastern District of New York

LONG ISLAND OFFICE

|  |  |
|---|---|
| GATSBY YACHT GROUP, LLC a/k/a<br>GATSBY ENTERPRISES, LLC | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) |
| M/Y "EAST BOUND & DOWN", a 2006 Azimut<br>Benetti manufactured motorized 69.5' yacht, her<br>boats, engines, tackel, apparel, furnishings, freights,<br>appurtenances, and all fixtures and other etc. | ) ) ) ) |
| _Defendant(s)_ | ) |

CV-18   4242

Civil Action No.

SPATT, J.

BROWN, M. J.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

M/Y "EAST BOUND & DOWN"
Hull ID No. XAX68S72L607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TAROFF & TAITZ, LLP, One Corporate Drive, Suite 102, Bohemia, NY 11716

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
_CLERK OF COURT_

Date:    JUL 2 6 2018

_Signature of Clerk or Deputy Clerk_